UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTIN RAUL DIAZ APARICIO, A245-653-427, | |
| Petitioner, | CIVIL ACTION NO. 3:25-cv-02413 |
| v. | (SAPORITO, J.) |
| CRAIG LOWE, in his official capacity as Warden, Pike County Correctional Facility, et al., | |
| Respondents. | |

## ORDER

AND NOW, this 25th day of February, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition (Doc. 1) is **GRANTED**;

2. The government shall either provide Diaz Aparicio with an individualized bond hearing **within twenty-one (21) days** after entry of this order or release Diaz Aparicio on his own recognizance pursuant to 8 U.S.C. § 1226(a);

3. At this individualized bond hearing, the government shall bear the burden of proving by clear and convincing evidence that the petitioner's continued detention is necessary to prevent him from fleeing

or harming the community;

    4.    The parties shall file a written notice of the outcome of this individualized bond determination by an immigration judge **within seven (7) days** after the date of the hearing;

    5.    The petitioner's emergency motion for immediate release (Doc. 11) is **DENIED as MOOT** to the extent it requests the entry of a preliminary injunction under Fed. R. Civ. P. 65(a); and

    6.    The clerk is directed to mark this case as **CLOSED**.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge